No. 8032.

Mrs. Ann McConnell vs. John Pasley.

This case presents only questions of fact.

No. 9088.

The State ex rel. Troisville Sykes vs. Houston, judge, etc.

The amount fixed for suspensive appeal in this case, not excessive.   Mandamus and prohibition refused.

No. 8999.

Jurey & Gillis vs. New Orleans Insurance Association.

This case presents only questions of fact.

No. 9048.

City of New Orleans vs. Miller, Finney & Miller.

The professional income of a lawyer is not taxable under the present Constitution.

No. 8846.

J. S. Ikerd vs. Sheriff et al.

Case similar to No. 8844, reported.

No. 9109.

Eli Tullis & Co. vs. P. J. Kennedy.

This case presents questions of fact only.

No. 8834.

S. W. Davis vs. Joseph Kuber.

This case presents questions of fact only.

No. 9011.

C. B. Hauk vs. Nicholson & Co.

In a suit for damages on account of libel, plaintiff cannot recover when defendant was not actuated by malice and the main facts of the charge were substantially true.

No. 8908.

Mississippi, Terre-aux-Bœufs and Lake Borgne Railroad Company vs. Marx Bonzano.

This case is identical with that of same plaintiff vs. L. H. Wooton, No. 8909, reported.

No. 8603.

City of New Orleans vs. Martin Wolf.

Constitutionality and legality of City Ordinance prohibiting private markets within six squares of any public market, and punishing violations thereof, have been settled by this Court, 31 Ann. 544.

No. 9061.

The State ex rel. Emile Gauche vs. Board of Assessors.

Reduction of assessment ordered by mandamus.